McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>APPROXIMATELY $13,400.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | CIV-S-04-2610 GEB JFM<br><br>FINAL JUDGMENT OF FORFEITURE |
| MICHELE JOANNA HILLIARD AND DANIEL LLOYD HILLIARD,<br><br>　　　　Potential Claimants. | |

　　　Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

　　　1.　This is a civil forfeiture action against approximately $13,400.00 in U.S. Currency seized from Michele Joanna Hilliard on March 31, 2004 (hereinafter the "defendant currency") by the West El Dorado County Narcotic Enforcement Team (WENET) on land in the Eastern District of California.  The currency was subsequently adopted for forfeiture by the Drug Enforcement Administration (DEA) on April 30, 2004.

1    2.   That a Complaint for Forfeiture <u>In</u> <u>Rem</u> was filed on or about
2 December 9, 2004, seeking the forfeiture of the defendant currency,
3 alleging that said currency is subject to forfeiture to the United
4 States pursuant to 21 U.S.C. § 881(a)(6).

5    3.   That on or about December 9, 2004, the Court issued a warrant
6 of arrest in rem for the defendant currency, and that warrant was duly
7 executed on December 10, 2004.

8    4.   That on or about January 7, 2005, a Public Notice of Arrest
9 of defendant currency appeared by publication in the <u>Mountain</u>
10 <u>Democrat</u>, a newspaper of general circulation in the county in which
11 the defendant currency was seized (El Dorado County). The Proof of
12 Publication was filed with the Court on January 25, 2005.

13   5.   That in addition to the Public Notice of Arrest having been
14 completed, actual notice was served upon Potential Claimants Michele
15 Joanna Hilliard and Daniel Lloyd Hilliard on or about December 16,
16 2004.

17   6.   Neither Michele Joanna Hilliard nor Daniel Lloyd Hilliard
18 have filed claims or answers in this matter. Michele Joanna Hilliard
19 filed a claim with DEA to the defendant currency in the administrative
20 forfeiture action. No other parties have filed claims or answers in
21 this matter, and the time for which any person or entity may file a
22 claim and answer has expired. Michele Joanna Hilliard represents and
23 warrants that she is the sole owner of the defendant currency.

24   Based on the above findings, and the Court being otherwise fully
25 advised in the premises, it is hereby
26 /////
27 /////
28

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Potential Claimants Michele Joanna Hilliard and Daniel Lloyd Hilliard and all other Potential Claimants who have not filed claims in this action.

3. That all right, title, and interest in $8,040.00 of the approximately $13,400.00 in U.S. Currency, together with any interest that may have accrued on that amount, is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. That $5,360.00 of the approximately $13,400.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Potential Claimants Michele Joanna Hilliard and Daniel Lloyd Hilliard.  Said payment shall be made no later than 30 days after entry of this Final Judgment of Forfeiture. The U.S. Marshals Service shall issue a check in the amount of $5,360.00, plus any accrued interest on that amount, made payable to Michele Joanna Hilliard and send it to Richard J. Petersen, Esq., P.O. Box 1526, 444 N. School Street, Ukiah,  California 95482.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said

1 seizure or forfeiture, as well as to those now known or disclosed.
2 The parties waive the provisions of California Civil Code § 1542.
3     6.  That Potential Claimants Michele Joanna Hilliard and Daniel
4 Lloyd Hilliard waive any and all claim or right to interest that may
5 have accrued on the approximately $8,040.00 of the $13,400.00 in U.S.
6 currency, or any portion thereof, seized on March 31, 2004.
7     7.  Pursuant to the stipulation of the parties, and allegations
8 set forth in the Complaint for Forfeiture *In Rem* filed December 9,
9 2004, the Court finds that there was reasonable cause for the seizure
10 of defendant currency, and a Certificate of Reasonable Cause pursuant
11 to 28 U.S.C. § 2465 shall be entered accordingly.
12     8.  That all parties are to bear their own costs and
13 attorneys' fees.
14 DATED: May 18, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture *In Rem* filed December 9, 2004, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of defendant currency.

Dated: May 18, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

4